United States District Court
Southern District of Texas
**ENTERED**
January 13, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRAVION A.D. BATES, | § | |
|    *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 25-CV-1255 |
| | § | |
| ENERFLEX ENERGY, | § | |
|    *Defendant*. | § | |

## MEMORANDUM AND RECOMMENDATION

Plaintiff, proceeding pro se but not in forma pauperis, filed a Complaint on March 17, 2025 asserting claims for employment discrimination and defamation against Defendant.[1] ECF 1. After this Court issued a Memorandum and Recommendation on September 19, 2025 recommending that this case be dismissed without prejudice due to lack of timely service (ECF 12), Plaintiff caused a new summons to be issued for Defendant EnerFlex Energy and this Court vacated the September 29, 2025 Memorandum and Recommendation. ECF 15. The Court ordered Plaintiff to file proof of effective service in accordance with Federal Rule of Civil Procedure on or before October 30, 2025. The Court warned that "**[f]ailure to do so will result in the Court again recommending that this be dismissed without prejudice for lack of timely service.**" *Id.* (emphasis in original). To date,

---

[1] The District Judge referred this case to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), the Cost and Delay Reduction Plan under the Civil Justice Reform Act, and Federal Rule of Civil Procedure 72. ECF 6.

Plaintiff had not filed proof of service or any other pleading or motion. The Court therefore again **RECOMMENDS** that this case be dismissed without prejudice for lack of service.

The Clerk of the Court shall send copies of the memorandum and recommendation to the respective parties, who will then have fourteen days to file written objections, pursuant to 28 U.S.C. § 636(b)(1)(C). Failure to file written objections within the time period provided will bar an aggrieved party from attacking the factual findings and legal conclusions on appeal. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996) (en banc), superseded by statute on other grounds.

Signed on January 13, 2026, at Houston, Texas.

_____
Christina A. Bryan
United States Magistrate Judge