United States District Court
Southern District of Texas
**ENTERED**
February 03, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TRAVION A.D. BATES, *Plaintiff*, § § § | |
| V. § | CIVIL ACTION NO. 4:25cv1255 |
| § § | |
| ENERFLEX ENERGY, *Defendant* § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated January 13, 2026, (Dkt. 16) and no party having filed objections thereto, the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this court.

This case is **DISMISSED WITHOUT PREJUDICE.**

**SIGNED** at Houston, Texas this ___3rd___ day of February, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE